**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| **Monique R. Davis** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civil No. 2019-CA-000178 V** |
| | : | **Judge Jackson** |
| **WASHINGTON METROPOLITAN AREA** | : | |
| **TRANSIT AUTHORITY** | : | **Next Event: Initial Conf.** |
| **600 5ᵗʰ Street, N.W.** | : | **April 19, 2019 at 9:30 a.m.** |
| **Washington, DC 20001** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Defendant Washington Metropolitan Area Transit Authority (WMATA) hereby gives

notice that it has removed this entire case to the U.S. District Court for the District of Columbia

on November 27, 2018.   That Court has assigned it Case No. . The case was removed pursuant

to, inter alia, Section 81 of the WMATA Compact, reprinted at D.C. CODE §9-1107.01 (81)

(2017).

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing Notice of Removal was electronically filed and mailed, first class, postage prepaid, this 8th day of March 2019, to:

Michael D. Reiter
Benjamin T. Boscolo
7852 Walker Drive, Suite 300
Greenbelt, MD   20770

/s/    Nicholas L. Phucas
Nicholas L. Phucas #475163

2