IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Monique R. Davis )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY )<br>)<br>)<br>      Defendant. ) | CASE NO. 19-cv-00660 APM |

### WMATA'S PROPOSED NON-STANDARD JURY INSTRUCTION

    WMATA hereby proposes the following non-standard jury instruction:

While WMATA's Standard Operating Procedures ("SOPs") are admissible as "bearing" on the standard or care, they are not conclusive or wholly definitive of the standard of care and cannot be used to create a duty on the part of WMATA or to establish a standard of care. *WMATA v. Young,* 73 1 A2d 389, 398 (D.C 1999); *See also*, *Robinson v. WMATA,* 774 F.3d 33, 40-41 (D.C. 2014);  *See also Varner v. District of Columbia*, 891 A.2d 269, 270 (D.C. 2006); *Clark v. District of Columbia*, 708 A.2d 632, 636-37 (D.C. 1997); *Briggs v. WMATA,* 481 F.3d. 839, 846 (D.C. Cir 2007).

                              Respectfully Submitted,

                              /s/ *Sarah E. Allison*
                              Sarah E. Allison , #996402
                              Nicholas L. Phucas, #475163
                              WMATA
                              600 5th St., N.W.
                              Washington, D.C.  20001
                              (202) 962-6090
                              (202) 962-2550 (facsimile)
                              eallison@wmata.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion was served electronically this 27th day of August 2021, to:


Michael D. Reiter
Shaketta Denson
Chasen & Boscolo
700 5th Street, NW, Suite 300
Greenbelt, MD  20770


                                                   /s/ *Sarah E. Allison*
                                                   Sarah E. Allison #996402