UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MONIQUE DAVIS,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Case No. 19-cv-660 (APM) |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** | ) | |
| **Defendant.** | ) | |

**[DRAFT] VERDICT FORM**

1. Do you find by a preponderance of the evidence that WMATA's driver did not use ordinary care?

    _____ Yes         _____ No

(If your answer to Question 1 is "No", your job is completed. Have your foreperson sign this Verdict Form at the bottom of the last page. If your answer to Question 1 is "Yes," proceed to Question 2.)

2. Do you find by a preponderance of the evidence that WMATA's driver's failure to use ordinary care caused Ms. Davis harm?

    _____ Yes         _____ No

(If your answer to Question 2 is "No", your job is completed. Have your foreperson sign this Verdict Form at the bottom of the last page. If your answer to Question 2 is "Yes," proceed to Question 3.)

3. Do you find by a preponderance of the evidence that Ms. Davis is entitled to damages as compensation for that harm?

    \_\_\_\_\_ Yes    \_\_\_\_\_ No

(If your answer to Question 3 is "No", your job is completed.  Have your foreperson sign this Verdict Form at the bottom of the last page.  If your answer to Question 3 is "Yes," proceed to Question 4.)

4. What amount of damages, if any, is your verdict for Ms. Davis for:

  Medical Bills    _____

  Lost Wages    _____

  Non-economic Damages  _____

  **TOTAL**      _____

_____    _____

    DATE                FOREPERSON