IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Monique R. Davis ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 19-cv-00660 APM |
| v. ) | |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY ) | |
| ) | |
| ) | |
| Defendant. ) | |

## WMATA'S SUPPLEMENT TO ITS EXCEPTION TO JURY INSTRUCTIONS

WMATA, by counsel, respectfully supplements its exceptions to the Court's proposed jury instructions as follows:

Not only did Plaintiff's experts fail to provide any opinions of permanent injury, Reza Ghorbani, M.D., testified that Plaintiff had 100% relief from his treatment. *See* Exhibit 1.   In light of the fact that Plaintiff's own physician found that she had recovered from her injuries, a jury is in no position to find that the injury is permanent. *See American Marietta Co. v. Griffin,* 201 A.2d 710, 712 (D.C. 1964).   When a party's own doctor does not corroborate a claim of permanence, a jury may not infer same.   *See Green v LaFoon,* 173 A.2d 212, 213-214 (D.C. 1961).   As such, no instructions allowing for recovery for permanent injury should be given.

Respectfully Submitted,

/s/ Nicholas L. Phucas
Nicholas L. Phucas, #475163
Sarah E. Allison , #996402
WMATA

600 5th St., N.W.
Washington, D.C.   20001
(202) 962-2886
(202) 962-2550 (facsimile)
nlphucas@wmata.com


**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing was served electronically this 29th day of August 2021, to:


Michael D. Reiter
Shaketta Denson
Chasen & Boscolo
700 5th Street, NW, Suite 300
Greenbelt, MD   20770



        /s/ Nicholas L. Phucas
        Nicholas L. Phucas, #475163