```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLUMBIA
 3     -------------------------------x
 4     MONIQUE DAVIS,                  :
 5          Plaintiff,                 :   Case No.
 6      vs.                            :   19-cv-00660-APM
 7     WASHINGTON METROPOLITAN AREA    :
 8     TRANSIT AUTHORITY,              :
 9          Defendant.                 :
10     -------------------------------x
11
12            DEPOSITION OF REZA GHORBANI, M.D.
13                    Chevy Chase, Maryland
14                  Thursday, July 22, 2021
15                         4:04 PM
16
17
18
19
20     Job No.: 388263
21     Pages: 1 - 47
22     Recorded By: Jesse Greer
```

1       A     Correct.

2       Q     Would that be fair to say?  Okay.  Did

3 you recommend any other procedures at this time?

4       A     We recommended the right side procedure.

5       Q     Okay.  Did she ever have the right side

6 procedure done?

7       A     I do not believe she did.

8       Q     Okay.  And you can certainly look at

9 your notes.  Do you remember why she did not have

10 the right surgery done, if she told you?

11       A     I have to take a look at my notes and

12 you can help me what page it is.

13       Q     Yeah.  I'm starting at page 981 and the

14 date Counsel, is 3/19/2018.

15       A     981?

16       Q     Yes.  Page 981.

17       A     Because she was pleased with the results

18 and she had 100 percent relief from that

19 procedure.

20       Q     Okay.  Now, you said that you had MRIs

21 done of Ms. Davis after she came to see you, did

22 you ever review the results of those MRIs?

Case 1:19-cv-00660-APM   Document 67-1   Filed 08/31/21   Page 3 of 3

Transcript of Reza Ghorbani, M.D.
Conducted on July 22, 2021

46

```
 1      CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC
 2                I, Jesse Greer, the officer
 3   before whom the foregoing deposition was taken, do
 4   hereby certify that said proceedings were
 5   electronically  recorded by me; and that I am
 6   neither counsel for, related to, nor employed by
 7   any of the parties to this case and have no
 8   interest, financial or otherwise, in its outcome.
 9                IN WITNESS WHEREOF, I have hereunto set
10   my hand and affixed my notarial seal this 28th day
11   of July, 2021.
12
13   _____
14   JESSE GREER, NOTARY PUBLIC,
15   FOR THE STATE OF MARYLAND
16
17
18
19
20
21
22
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM