UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONIQUE DAVIS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-cv-660 (APM) |
| ) | |
| **WASHINGTON METROPOLITAN** ) | |
| **AREA TRANSIT AUTHORITY** ) | |
| ) | |
| **Defendant.** ) | |

**VERDICT FORM**

1. Do you find by a preponderance of the evidence that WMATA's driver was negligent?

    _____ Yes          _____ No

(If your answer to Question 1 is "No", your job is completed. Have your foreperson sign this Verdict Form at the bottom of the last page. If your answer to Question 1 is "Yes," proceed to Question 2.)

2. Do you find by a preponderance of the evidence that the WMATA's driver's negligence caused Ms. Davis harm?

    _____ Yes          _____ No

(If your answer to Question 2 is "No", your job is completed. Have your foreperson sign this Verdict Form at the bottom of the last page. If your answer to Question 2 is "Yes," proceed to Question 3.)

3. What amount of damages, if any, is your verdict for Ms. Davis for:

    Medical Bills                         _____

    Lost Wages                          _____

    Non-economic Damages      _____

    **TOTAL**                                _____

_____                 _____

             DATE                                                            FOREPERSON