# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| **MONIQUE DAVIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 19-cv-660 (APM)** |
| | ) | |
| **WASHINGTON METROPOLITAN** | ) | |
| **AREA TRANSIT AUTHORITY** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____ )

## VERDICT FORM

1. Do you find by a preponderance of the evidence that WMATA's driver was negligent?

   _____ Yes              _____ No

2. Do you find by a preponderance of the evidence that WMATA's driver's negligence caused Ms. Davis harm?

   _____ Yes              _____ No

You may begin with either Question 1 or Question 2.  If your answer is "No" to either Question 1 or Question 2, your job is completed.  Have your foreperson sign this Verdict Form at the bottom of the last page.  Only proceed to Question 3 if you answered "Yes" to both Question 1 and Question 2.

3. What amount of damages, if any, is your verdict for Ms. Davis for:

Medical Bills        _____

Lost Wages        _____

Non-economic Damages        _____

**TOTAL**        _____

_____        _____

          DATE                               FOREPERSON