CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

MONIQUE R. DAVIS

)
)
)
vs.                                     )          Civil/Criminal No.:   19-CV-660 (APM)
)
WASHINGTON METROPOLITAN          )
AREA TRANSIT AUTHORITY            )

## NOTE FROM JURY

The multiple cause and intervening cause instructions Seem at odds. How should their guidence be balenced?

Date: 8/31/21

Time: 10:59 AM

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

MONIQUE R. DAVIS

)
)
vs.                                )          Civil/Criminal No.: ___19-CV-660 (APM)___
)
WASHINGTON METROPOLITAN      )
AREA TRANSIT AUTHORITY        )

## NOTE FROM JURY

We have reached a verdict.

Date: 8/31/21

Time: 1:14 PM