UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MONIQUE DAVIS,　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　）
　　　　Plaintiff,　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　）
　　　　v.　　　　　　　　　　　　　　　）　　Case No. 19-cv-660 (APM)
　　　　　　　　　　　　　　　　　　　　）
WASHINGTON METROPOLITAN　　　　　　　）
AREA TRANSIT AUTHORITY　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　）
　　　　Defendant.　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　）

## VERDICT FORM

1. Do you find by a preponderance of the evidence that WMATA's driver was negligent?

    __X__ Yes          _____ No

2. Do you find by a preponderance of the evidence that WMATA's driver's negligence caused Ms. Davis harm?

    _____ Yes          __X__ No

You may begin with either Question 1 or Question 2. If your answer is "No" to either Question 1 or Question 2, your job is completed. Have your foreperson sign this Verdict Form at the bottom of the last page. Only proceed to Question 3 if you answered "Yes" to both Question 1 and Question 2.

3. What amount of damages, if any, is your verdict for Ms. Davis for:

    Medical Bills     _____

    Lost Wages     _____

    Non-economic Damages     _____

**TOTAL**     _____

8/31/2021
DATE